UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61093-LEIBOWITZ/AUGUSTIN-BIRCH

**SANDIA ETIENNE**,

    *Plaintiff,*

v.

**SUNSET TRAILS HOMEOWNERS ASSOCIATION, INC.**,

    *Defendant.*
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Dismiss [ECF No. 14], filed on August 19, 2024. In lieu of responding to the Motion, Plaintiff filed an Amended Complaint [ECF No. 17]. Because the Amended Complaint supersedes the initial complaint, Defendant's Motion to Dismiss is moot. *See Dresdner Bank AG, Dresdner Bank AG in Hamburg v. M/V OLYMPIA VOYAGER*, 463 F.3d 1210, 1215 (11th Cir. 2006); *Johnson Controls, Inc. v. Uribazo*, 2012 WL 6652934, at *1 n.1 (S.D. Fla. Dec. 21, 2012). Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss [**ECF No. 14**] is **DENIED AS MOOT** without prejudice.

**DONE AND ORDERED** in the Southern District of Florida on September 3, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record